IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES E. KEMPFER,

    Defendant.                             Case No. 09-cr-30146-3-DRH

### ORDER

**HERNDON, Chief Judge:**

        Defendant James E. Kempfer appeared before the Court today to be sentenced. During the sentencing hearing, the Court addressed Defendant's pending Motion for Surrender After Sentencing (Doc. 161). Defendant explained that due to his medical condition, he requests to be allowed to surrender himself to the U.S. Marshal or the Bureau of Prisons ("BOP") after June 16, 2010 - the date on which he has scheduled a follow-up visit with his doctor regarding a medical procedure Defendant recently underwent. The Court **DENIED** Defendant's Motion (Doc. 161). However, the Court issues this Order so that the BOP may classify Defendant, during his period of incarceration, with full knowledge of his medical condition.

        For this reason, the Court hereby **ORDERS** Defendant's physician, Dr. Allan L. Liefer, M.D., 1650 State Street, P. O. Box 150, Chester, IL  62233, to

prepare a written report regarding the following: the tests and/or procedures he performed on defendant James Kempfer on May 26, 2010, the results of said tests, his prognosis and treatment plan for defendant Kempfer, any further relevant information about defendant Kempfer's medical condition, and his need for any medications and/or treatments and procedures in the future.  Dr. Liefer shall forward his written report to defendant Kempfer's attorney, Ethan Skaggs, as soon as practicable, so that Mr. Skaggs can provide it to the BOP authorities.

Additionally, Defendant's June 16, 2010 appointment with Dr. Liefer is hereby cancelled, as Defendant has been detained pending his transfer to the BOP authorities.

**IT IS SO ORDERED**.

Signed this 7th day of June, 2010.

/s/    David R. Herndon
**Chief Judge**
**United States District Court**